# CIRCUIT COURT NO. 2 OF BALTIMORE CITY

Filed October 30, 1891.

CRAIG & GIERS, ADMINISTRATORS D. B. N. C. T. A. OF THOMAS HUMES,

VS.

THOMAS AND WILLIAM MUSGRAVE, TRUSTEES OF THE ESTATE OF JAMES MUSGRAVE.

*Samuel Snowden* and *John G. Mitchell* for plaintiffs.

*N. Rufus Gill & Son* and *Wm. A. Hammond* for the defendants.

PHELPS, J.—

Administrators *de bonis non* have no right to proceed in a court of equity for the recovery of money belonging to the estate of the intestate and in the hands of the first administrator at the time of his death, without first obtaining an order from the Orphans' Court. Johnson vs. Bank, 11 Md. 412. The absence of any averments that this essential preliminary has been complied with, is alone fatal to the bill, upon demurrer, without considering other grounds, and the demurrer must therefore be sustained.